IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
SEP 28 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) CASE NO. 5:22 CR 571 |
| v. | ) Title 18, United States Code, |
| ANGELO E. ENGLISH, | ) Sections 922(g)(1), 922(g)(9), |
| | ) and 924(a)(8) |
| Defendant. | ) |

JUDGE OLIVER

COUNT 1
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 25, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANGELO E. ENGLISH, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Domestic Violence, on or about November 1, 2017, in Case Number CR-2017-07-2508, in Summit County Common Pleas Court, and Domestic Violence, on or about October 23, 2019, in Case Number CR-2018-05-1713, in Summit County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, Model: M&P9 Shield, semiautomatic pistol, Caliber: 9mm, bearing serial number HLW6673, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Possession of a Firearm by a Person with Domestic Violence Conviction,
18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury further charges:

2. On or about July 25, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANGELO E. ENGLISH, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that being: Domestic Violence, on or about June 6, 2016, in Case Number 16CRB4031, in Akron Municipal Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, Model: M&P9 Shield, semiautomatic pistol, Caliber: 9mm, bearing serial number HLW6673, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ANGELO E. ENGLISH shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 1 and 2, including, but not limited to, the following: a Smith and Wesson, Model: M&P9 Shield, semiautomatic pistol, Caliber: 9mm, bearing serial number HLW6673, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.